IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC JOSEPH | : | CIVIL ACTION |
| [AY-5858] | : | |
| | : | |
| v. | : | |
| | : | |
| JEFFREY BEARD, et al. | : | NO. 02-2744 |

**O R D E R**

AND NOW, this 23rd day of September, 2002, upon consideration of Petitioner's motion for appointment of counsel [Docket Entry No. 11], it is hereby **ORDERED** that Mr. Joseph's motion for appointment of counsel is **DENIED without prejudice.** While I do not believe an appointment of counsel is warranted at this time, should the circumstances of this case change significantly, I will reconsider the request for counsel.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE