IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC JOSEPH | : | CIVIL ACTION |
| [AY-5858] | : | |
| | : | |
| v. | : | |
| | : | |
| JEFFREY BEARD, et al. | : | NO. 02-2744 |

# O R D E R

AND NOW, this 18th day of October, 2002, upon consideration of Petitioner's "Motion Requesting Leave Of Court To Attach Verification To Habeas Petitioner's Brief" [Docket Entry No. 13], it is hereby **ORDERED** that the motion is **GRANTED.** The verification attached to Docket Entry No. 13 is deemed to be part of Petitioner's habeas brief, filed on September 16, 2002 [Docket Entry No. 12], and will be included in the federal habeas record.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE