IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC JOSEPH<br>*Petitioner, Pro Se* | : CIVIL ACTION<br>:<br>: NO. 02-2744 |
| v. | : |
| JEFFREY A. BEARD, *et al.*<br>*Respondents* | :<br>: |

## O R D E R

AND NOW, this 27th day of March 2015, upon consideration of Petitioner's "Rule 60(b)(6) Motion," [ECF 33], and after careful and independent review of the Report and Recommendation of United States Magistrate Judge M. Faith Angell, [ECF 38], and Petitioner's objections filed thereto, [ECF 40], it is hereby **ORDERED**, consistent with the accompanying Memorandum Opinion filed on this day, that:

1. Petitioner's objections to the Report and Recommendation are **OVERRULED**.

2. The Report and Recommendation is **APPROVED** and **ADOPTED**.

3. The Petitioner's motion is deemed a 28 U.S.C. §2254 petition for writ of *habeas corpus* and is **DISMISSED** without prejudice to seek authorization from the Third Circuit Court of Appeals to file a successive *habeas* petition pursuant to 28 U.S.C. §2244(b)(4).

4. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
NITZA I. QUIÑONES ALEJANDRO, J.